| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARC A. LIEBERMAN, ESQ. (SBN 157318)<br>marc.lieberman@flpllp.com<br>ALAN W. FORSLEY, ESQ. (SBN 180958)<br>alan.forsley@flpllp.com<br>FREDMAN LIEBERMAN PEARL LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067<br>Telephone: (310) 284-7350<br>Facsimile: (310) 432-5999<br><br>☐ Plaintiff(s) appearing without attorney<br>☒ Attorney for Plaintiff(s) | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>THOMAS V. GIRARDI,<br><br><br>                                                                    Debtor(s). | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01072 |
| CHRISTINA FULTON, an individual,<br><br><br>                                                                    Plaintiff(s),<br><br>                               vs.<br><br>THOMAS V. GIRARDI, an individual,<br><br><br>                                                                    Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1.  Name of Defendant against whom default is sought (*specify name*): Thomas V. Girardi, an individual

2.  Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 04/20/2021

3.  The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service
    on the following date (*specify date*): 06/25/2021

4.  A conformed copy of the executed service of summons form is attached hereto.

5.  The time for filing an answer or other responsive pleading expired on (*specify date*): 07/22/2021

6.  No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 07/29/2021

Signature
 ALAN W. FORSLEY
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Case 2:21-ap-01072-BR    Doc 14    Filed 08/10/21    Entered 08/10/21 13:26:37    Desc
                 Main Document    Page 2 of 5
Case 2:21-ap-01072-BR    Doc 13    Filed 06/25/21    Entered 06/25/21 11:21:01    Desc
                 Main Document    Page 2 of 3
Case 2:21-ap-01072-BR    Doc 12    Filed 06/22/21    Entered 06/22/21 14:03:44    Desc
                 SUMMONS    Page 1 of 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARC A. LIEBERMAN, ESQ.<br>ALAN W. FORSLEY, ESQ. (BAR NO 180958)<br>FREDMAN LIEBERMAN PEARL LLP<br>1875 CENTURY PARK E, STE 2230<br>LOS ANGELES, CA 90067<br>T: 310 284 7350<br>email: alan.forsley@flpllp.com | |
| *Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**    ☑

| In re:<br><br>THOMAS V. GIRARDI,<br><br><br><br><br>                                    Debtor(s). | CASE NO.: 20-21020BR<br><br>CHAPTER: 7    ☑<br><br>ADVERSARY NO.: 21-01072BR |
|---|---|
| CHRISTINA FULTON, an individual,<br><br><br><br><br>                                    Plaintiff(s)<br><br>                    Versus<br>see attached sheet<br><br><br><br><br>                                    Defendant(s) | *(SECOND AMENDED COMPLAINT)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is ___7/22/2021___. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _8/31/2021_<br>Time: _10 a. m_<br>Courtroom: _1668_ | Address:<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Case 2:21-ap-01072-BR    Doc 14    Filed 08/10/21    Entered 08/10/21 13:26:37    Desc
Case 2:21-ap-01072-BR    Doc 13    Filed 06/25/21    Entered 06/25/21 11:21:01    Desc
Case 2:21-ap-01072-BR    Doc 12    Filed 06/22/21    Entered 06/22/21 14:03:44    Desc
Main Document    Page 3 of 5
Main Document    Page 2 of 3
SUMMONS    Page 3 of 5

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____ 6/22/2021

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN LIEBERMAN PEARL LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing documents entitled (*specify*):

    1. Second Amended Complaint to Deny Dischargeability of Debt;
    2. Adversary Proceeding Cover Sheet;
    3. Court Notice;
    4. Notice of Compliance with LBR 7026-1; and
    5. (Second Amended Complaint) Summons and Notice of Status Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    ☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 25, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Thomas Vincent Girardi<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017 | Thomas Vincent Girardi<br>100 Los Altos<br>Pasadena, CA 91105 | Thomas Vincent Girardi<br>81775 Brown Deer Park<br>La Quinta, CA 92253 |

THOMAS VINCENT GIRARDI,
a person lacking decision making capacity,
by ROBERT J. GIRARDI, his conservator
of the estate
3662 Aquarius Dr
Huntington Beach, CA 92649

    ☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 25, 2021 | CATHERINE COLSON | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
FREDMAN LIEBERMAN PEARL LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 10, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com,
  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy.flores@flpllp.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 10, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Vincent Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Thomas Vincent Girardi
100 Los Altos
Pasadena, CA 91105

Thomas Vincent Girardi
81775 Brown Deer Park
La Quinta, CA 92253

Thomas Vincent Girardi a person
lacking decision making capacity, by
Robert J. Girardi, his conservator of
the estate
3662 Aquarius Dr.
Huntington Beach, 92649

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 10, 2021 | ADELAIDA FLORES | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**