**MARC A. LIEBERMAN (SBN 157318)**
**marc.lieberman@flpllp.com**
**ALAN W. FORSLEY (SBN 180958)**
**alan.forsley@flpllp.com**
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 284-7350
Facsimile: (310) 432-5999

FILED & ENTERED

NOV 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS V. GIRARDI,<br><br>Debtor.<br><br>CHRISTINA FULTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI aka THOMAS V. GIRARDI, an individual; THOMAS VINCENT GIRARDI aka THOMAS V. GIRARDI a person lacking decision making capacity, by ROBERT J. GIRARDI his conservator of the estate,<br><br>Defendants. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br>Adv. Proc. No. 2:21-ap-01072-BR<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Hearing:**<br>Date: November 9, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 |

1

At the place and time above stated, there came on for hearing on regular notice Plaintiff, Christina Fulton, an individual ("**Plaintiff**") "Motion for Entry of Default Judgment" (the "**Motion**") [Doc 24] and having considered the declaration of Marc A. Lieberman, finding notice to have been proper, no opposition having been filed, and just cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in its entirety.

2. A separate judgment shall be entered against defendants, Thomas Girardi and Robert J. Girardi his conservator of the estate.

### 

Date: November 16, 2021

Barry Russell
United States Bankruptcy Judge