| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**MARC A. LIEBERMAN (SBN 157318)**<br>marc.lieberman@flpllp.com<br>**ALAN W. FORSLEY (SBN 180958)**<br>alan.forsley@flpllp.com<br>**FREDMAN LIEBERMAN PEARL LLP**<br>1875 Century Park East, Suite 2230<br>Los Angeles, California 90067<br>Telephone: (310) 284-7350<br>Facsimile: (310) 432-5999<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff, Christina Fulton | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 16 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br><br>THOMAS V. GIRARDI,<br><br>                                                                                          Debtor(s)<br><br>CHRISTINA FULTON, an individual,<br><br>                                                                                          Plaintiff(s)<br>vs.<br>THOMAS VINCENT GIRARDI aka THOMAS V. GIRARDI, an individual; THOMAS VINCENT GIRARDI aka THOMAS V. GIRARDI a person lacking decision making capacity, by ROBERT J. GIRARDI his conservator of the estate,<br><br>                                                                                          Defendant(s) | CASE NO.: 2:20-bk-21020-BR<br>CHAPTER: 7<br>ADVERSARY NO.: 2:21-ap-01072-BR<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: 11/09/2021<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: 255 East Temple Street<br>            Los Angeles, CA 90012 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Christina Fulton
   and against Defendant (*specify name*): Thomas V. Girardi, an individual, and Thomas Vincent Girardi aka Thomas Girardi a person lacking decision making capacity by Robert J. Girardi his conservator of the estate

2. a. ☒ Plaintiff is awarded damages in the following amount:          $744,300.00
   b. ☒ Plaintiff is awarded costs in the following amount:             $350.00
   c. ☐ Plaintiff is awarded attorney fees in the following amount:     $
   d. ☐ Plaintiff is awarded interest at the rate of _____ % per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____
   e. ☐ Plaintiff is granted the following relief (*specify*):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                         Page 1                                     F 7055-1.2.DEFAULT.JMT

☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under: ☒ Bankruptcy Code §523(a)(4)&(a)(6)
☐ Other (*specify*):

4. ☐ The court further orders:

☐ See attached page

###

Date: November 16, 2021

*(signature)* Barry Russell

Barry Russell
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 7055-1.2.DEFAULT.JMT